# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EUGENE MANNACIO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFORMATION.COM LLC, a Delaware limited liability corporation,<br><br>Defendant. | Case No. 4:24-cv-01717-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS<br><br>Judge Jeffrey S. White |

This matter is before the Court on the Stipulation to Dismiss. Having read and considered the Stipulation, the Court orders as follow:

1. The individual claims of Plaintiff Eugene Mannacio are dismissed with prejudice. The class claims are dismissed without prejudice.

2. Each party is to bear its own costs.

October 8, 2025
_____
Dated

_____
Judge Jeffrey S. White

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS– 1
Case No: 4:24-cv-01717-JSW